UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER R. EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-cv-793-JPG |
| ) | |
| COLONIAL MANOR, INC., ) | |
| *Owner: Greg Moore*, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

This matter having come before the Court, and Plaintiff Jennifer Edwards having failed to serve Defendant Colonial Manor, Inc.,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: January 24, 2011**

                        **NANCY ROSENSTENGEL, Clerk of Court**

                        By: S/Deborah Agans, Deputy Clerk


Approved: s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**